**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jignesh | Pandya | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Mital | Pandya | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.**

|  |  | Unsecured claim |
|---|---|---|

**1**

All Gas & Welding Supply Co. Inc.
PO Box 333
Thompsonville, NY 12784

What is the nature of the claim? _____   $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured) _____
　　Value of security: _____
　　- Unsecured claim _____

Contact _____
Contact phone _____

**2**

American Bank
615 Waterfront Drive
Suite 501
Allentown, PA 18102

What is the nature of the claim?   1471 Hidden Pond Drive, Morrisville, PA 19067 Bucks County   $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured)   Unknown
　　Value of security:   - $900,000.00

Contact _____

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Jignesh Pandya |
|---|---|
| Debtor 2 | Mital Pandya |

Case number *(if known)* _____

| Contact phone | | Unsecured claim | $0.00 |
|---|---|---|---|

---

**3**

American Bank
615 Waterfront Drive
Suite 501
Allentown, PA 18102

**What is the nature of the claim?**   183 Eagle Road, Newtown, PA 18940 Bucks County   $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☒ Yes. Total claim (secured and unsecured)   Unknown
  Value of security:   - $1,500,000.00
  Unsecured claim   $0.00

Contact _____

Contact phone _____

---

**4**

American Bank
615 Waterfront Drive
Suite 501
Allentown, PA 18102

**What is the nature of the claim?**   _____   $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☒ Yes. Total claim (secured and unsecured)   Unknown
  Value of security:   - $0.00
  Unsecured claim   $0.00

Contact _____

Contact phone _____

---

**5**

Daniel and Mary Lezotte
c/o Benjamin A. Anderson, Esq.
460 Norristown Road Suite 110
Blue Bell, PA 19422

**What is the nature of the claim?**   _____   $637,000.00

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:   - _____
  Unsecured claim   _____

Contact _____

Contact phone _____

---

**6**

Infinite Mechanical LLC
402 Ave B
Horsham, PA 19044

**What is the nature of the claim?**   _____   $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2024 Best Case, LLC   - www.bestcase.com   Best Case Bankruptcy

Debtor 1    Jignesh Pandya

Debtor 2    Mital Pandya

Case number *(if known)*

---

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown

Contact

Value of security:    - $0.00

Contact phone

Unsecured claim    $0.00

---

**7**

Internal Revenue Service
P.O. Box 7346

Philadelphia, PA 19101

**What is the nature of the claim?**    Unknown

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No

Contact

☐ Yes. Total claim (secured and unsecured)

Value of security:    -

Contact phone

Unsecured claim

---

**8**

Jose Tejeda
c/o Christopher J. Bendau, Esquire
P.O. Box 97066
Phoenix, AZ 85060

**What is the nature of the claim?**    $0.00

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No

Contact

☐ Yes. Total claim (secured and unsecured)

Value of security:    -

Contact phone

Unsecured claim

---

**9**

Kishan Patel & Jagdish Patel
395 New Dover Rd
Colonia, NJ 07067

**What is the nature of the claim?**    8 Woodland Road,    $0.00
Newtown, PA 18940
Bucks County

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact

☒ Yes. Total claim (secured and unsecured)    Unknown

Value of security:    - $6,000,000.00

Contact phone

Unsecured claim    $0.00

---

**10**

**What is the nature of the claim?**    $0.00

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2024 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Jignesh Pandya
Debtor 2    Mital Pandya                                        Case number *(if known)*

---

Munsch Hardt Kopf & Harr PC
500 N. Akard Street
Suite 4000
Dallas, TX 75201

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown
    Value of security:    - $0.00
    Unsecured claim    $0.00

Contact

Contact phone

---

**11**

National Construction Rentals
6401 Passyunk Avenue
Philadelphia, PA 19153

**What is the nature of the claim?**    $0.00

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown
    Value of security:    - $0.00
    Unsecured claim    $0.00

Contact

Contact phone

---

**12**

North Mill Credit Trust
81 Throckmorton Avenue
Ste. 203
Mill Valley, CA 94941

**What is the nature of the claim?**    $0.00

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown
    Value of security:    - $0.00
    Unsecured claim    $0.00

Contact

Contact phone

---

**13**

PA Department of Labor and
Industry
651 Boas St
Harrisburg, PA 17128

**What is the nature of the claim?**    $0.00

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2024 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jignesh Pandya | | |
|---|---|---|---|
| Debtor 2 | Mital Pandya | Case number *(if known)* | |

| Contact phone | | Unsecured claim | |

---

**14** Pepsico Inc.
11701 Roosevelt Boulevard
Philadelphia, PA 19154

**What is the nature of the claim?** $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact

- ☐ No
- ☒ Yes. Total claim (secured and unsecured)        Unknown
  Value of security:        - $0.00
  Unsecured claim        $0.00

Contact phone

---

**15** Pizza Hut LLC
General Counsel's Office
7100 Corporate Drive
Plano, TX 75024

**What is the nature of the claim?** $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact

- ☐ No
- ☒ Yes. Total claim (secured and unsecured)        Unknown
  Value of security:        - $0.00
  Unsecured claim        $0.00

Contact phone

---

**16** Pizza Hut, LLC
General Counsel's Office
7100 Corporate Dr
Plano, TX 75024

**What is the nature of the claim?** $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact

- ☐ No
- ☒ Yes. Total claim (secured and unsecured)        Unknown
  Value of security:        - $0.00
  Unsecured claim        $0.00

Contact phone

---

**17** PNC Bank, National Association
300 5th Ave
Pittsburgh, PA 15222

**What is the nature of the claim?** 1471 Hidden Pond Drive, Morrisville, PA 19067Bucks County        $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 5

Software Copyright (c) 1996-2024 Best Case, LLC    - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Jignesh Pandya |
|---|---|
| Debtor 2 | Mital Pandya |

Case number *(if known)* _____

---

**Does the creditor have a lien on your property?**

☐ No
☒ Yes. Total claim (secured and unsecured)    Unknown

Contact _____

Value of security:    - $900,000.00

Contact phone _____    Unsecured claim    $0.00

---

**18**

Signature Financial Corporation
12 Route 17 North
Suite 204
Paramus, NJ 07652

**What is the nature of the claim?** _____    $0.00

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security:    - _____

Contact phone _____    Unsecured claim    _____

---

**19**

Southern Shoals, LLC
c/o Curley & Rothman, LLC
Scott M. Rothman, Esquire
1100 E. Hector Street
Suite 425
Conshohocken, PA 19428

**What is the nature of the claim?** _____    $4,366,585.55

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security:    - _____

Contact phone _____    Unsecured claim    _____

---

**20**

US Foods
9399 West Higgins Road
Suite 100
Rosemont, IL 60018

**What is the nature of the claim?** _____    $10,000,000.00

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security:    - _____

Contact phone _____    Unsecured claim    _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2024 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jignesh Pandya | | |
|---|---|---|---|
| Debtor 2 | Mital Pandya | | Case number *(if known)* |

X    /s/ Jignesh Pandya
    Jignesh Pandya
    Signature of Debtor 1

X    /s/ Mital Pandya
    Mital Pandya
    Signature of Debtor 2

Date _____ 2/9/23 _____

Date _____ 2/9/23 _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2024 Best Case, LLC    - www.bestcase.com    Best Case Bankruptcy