# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Jignesh Pandya, Mital Pandya

Debtor(s)

Case No. _____
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 2/9/23

/s/ Jignesh Pandya
Jignesh Pandya
Signature of Debtor

Date: 2/9/23

/s/ Mital Pandya
Mital Pandya
Signature of Debtor

All Gas & Welding Supply Co. Inc.
PO Box 333
Thompsonville, NY 12784

American Bank
615 Waterfront Drive Suite 501
Allentown, PA 18102

American Bank
615 Waterfront Drive  Suite 501
Allentown, PA 18102

CBC Restaurant
C/O Mishell B. Kneeland
13101 Preston Road, Ste. 110-1593
Dallas, TX 75240

Cuttler Produce, Inc.
C/O Mary Fassett McCarren & Diess
4530 Wisconsin Ave NW, #304
Washington, DC 20016

Daniel and Mary Lezotte
c/o Benjamin A. Anderson, Esq.
460 Norristown Road Suite 110
Blue Bell, PA 19422

Daniel and Mary Lezotte
C/O Ben Anderson   1519 Cowper Court
San Jose, CA 95120

Infinite Mechanical LLC
402 Ave B
Horsham, PA 19044

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Jose Tejeda
c/o Christopher J. Bendau, Esquire
P.O. Box 97066
Phoenix, AZ 85060

Jose Tejeda
C/O Bendau Law Firm PLLC P.O. Box 97066
Phoenix, AZ 85060

Kishan Patel & Jagdish Patel
395 New Dover Rd
Colonia, NJ 07067

Munsch Hardt Kopf & Harr PC
500 N. Akard Street Suite 4000
Dallas, TX 75201

```
Munsch Hardt Kopft & Harr PC
C/O David Rodkey 500 N. Akard St #4000
Dallas, TX 75201


National Construction Rentals
6401 Passyunk Avenue
Philadelphia, PA 19153


National Construction Rentals
6401 W Passyunk Ave
Philadelphia, PA 19153


North Mill Credit Trust
81 Throckmorton Avenue Ste. 203
Mill Valley, CA 94941


PA Department of Labor and Industry
651 Boas St
Harrisburg, PA 17128


Pepsico Inc.
11701 Roosevelt Boulevard
Philadelphia, PA 19154


Pizza Hut LLC
General Counsel's Office
7100 Corporate Drive
Plano, TX 75024


Pizza Hut LLC
C/O GENERAL COUNSEL'S OFFICE
7100 CORPORATE DRIVE
Plano, TX 75024


Pizza Hut LLC
C/O Joel Bailey The JBB Law Firm PLLC
5752 Grandscape Blvd.  Suite 225
The Colony, TX 75056


Pizza Hut, Inc.
C/O Jason Jordan Haynes & Boone, LLP
2801 N Harwood St Suite 2300
Dallas, TX 75201


Pizza Hut, LLC
General Counsel's Office
7100 Corporate Dr
Plano, TX 75024


PNC Bank, National Association
300 5th Ave
Pittsburgh, PA 15222


Signature Financial Corporation
12 Route 17 North Suite 204
Paramus, NJ 07652
```

Signature Financial LLC
C/O Mohammad A. Ghiasuddin Margolis Edel
170 S. Independence Mall, W. Suite 400E
Philadelphia, PA 19106

Southern Shoals, LLC
c/o Curley & Rothman, LLC
Scott M. Rothman, Esquire 1100 E. Hector
Conshohocken, PA 19428

Southern Shoals, LLC
C/O Curley & Rothman, LLC
1100 E. Hector Street  Suite 524
Conshohocken, PA 19428

Southern Shoals, LLC
C/O Curley & Rothman, LLC
1100 E. Hector St Suite 425
Conshohocken, PA 19428

Summit Square Associates
21-J Summit Square Center
Langhorne, PA 19047

Univest Bank & Trust Co.
C/O Amar Agrawal
16 Harbor Place  PO Box 197
Souderton, PA 18964

Univest Bank and Trust Co.
16 Harbor Place  PO Box 197
Souderton, PA 18964

US Foods
9399 West Higgins Road Suite 100
Rosemont, IL 60018

US Foods, Inc.
C/O Shelly DeRoussee
311 South Wacker Dr Suite 3000
Chicago, IL 60606

Zee Bridge Capital LLC
C/O Andrew Teitelman, Esquire
380 Red Lion Road, Suite 103
Huntingdon Valley, PA 19006