## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

**JIGNESH PANDYA**                                          **Chapter 11**
**and MITAL PANDYA**

                                                            **Case No. 24-10440(AMC)**

                        **Debtors**

### APPLICATION OF THE DEBTORS FOR AN EXTENSION
### OF TIME TO FILE THEIR SCHEDULES OF ASSETS AND
### LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Jignesh Pandya and Mital Pandya (the "Debtors"), by and through their proposed

counsel, Ciardi Ciardi & Astin, hereby present the Debtors' Application for an Extension of

Time to File Their Schedules of Assets and Liabilities and Statement of Financial Affairs, (the

"Application") and in support thereof respectfully represent as follows:

### BACKGROUND

1.     On February 9, 2024 (the "Petition Date") the Debtors filed their Voluntary

Petition for relief under Chapter 11 of Title 11 of the United States Code, as amended (the

"Bankruptcy Code").

2.     The Debtors have continued in possession of their assets and property as Debtors-

in-Possession.

3.     Jignesh Pandya and Mital Pandya are individuals with a residence located at 8

Woodland Road, Newtown, Pennsylvania 18940.

4.     The Schedules of Assets and Liabilities and Statement of Financial Affairs are due

to be filed, pursuant to Federal Rule of Bankruptcy Procedure 1007, on or before **February 23,**

**2024**.

5.      The Debtors are in the process of compiling the information necessary to complete their Schedules to accurately determine their assets and liabilities. The Debtors may need additional time to complete the Schedules and, therefore, out of an abundance of caution are requesting an extension of the filing deadline to **March 8, 2024,** including the filing of:

1. Attorney Disclosure Statement;
2. Schedule A/B;
3. Schedule C;
4. Schedule D;
5. Schedule E/F;
6. Schedule G;
7. Schedule H;
8. Schedule I;
9. Schedule J;
10. 20 Largest Unsecured Creditors (amended, if needed);
11. Statement of Current Monthly Income;
12. Statement of Financial Affairs;
13. Statistical Summary of Certain Liabilities Form B206;
14. Creditor Matrix (amended, if needed);
15. And any supplemental documents required pursuant to the Bankruptcy Code.

Items 1-15, above, are collectively referred to herein as the "Schedules."

## THE BASIS FOR RELIEF AND THE REASONS THEREFOR

6.      Federal Rule of Bankruptcy Procedure 1007(c) allows for the extension of time to file the Schedules for cause shown by the movant.  See Fed. R. Bankr. P. 1007(c).

7.      As set forth above, the Debtors are aware of their obligation to file their Schedules by February 23, 2024, and have begun to compile the requisite information; however, the Debtors may need additional time to complete their Schedules.

8.      The Debtors are in the process of gathering information necessary to complete their Schedules.

9.      Accordingly, the Debtors believe that cause exists to allow the Debtors the additional time requested.

10.    The Debtors believe, and therefore aver, that the extension of time requested to file their Schedules will not cause any prejudice to any creditor or other interested party. Accordingly, the Debtors are requesting an extension of the filing deadline to **March 8, 2024**, to file their Schedules and Statement of Financial Affairs.

**WHEREFORE**, the Debtors respectfully request this Honorable Court to enter an Order granting an extension of time until **March 8, 2024,** for the Debtors to file their Schedules and incorporating all ancillary filing deadlines related thereto.

**CIARDI CIARDI & ASTIN**

By: */s/ Albert A. Ciardi*_____
Albert A. Ciardi, III, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215-557-3550
Dated: February 15, 2024                      Facsimile: 215-557-3551
aciardi@ciardilaw.com
dsiedman@ciardilaw.com

*Proposed Counsel to the Debtors*