# Attorney Registration and Disciplinary Information

The following information was obtained from the **State Bar Association of Texas Attorney Search**

Attorney to appear Pro Hac Vice, Related Case Number and File Date
**Charles R. Gibbs – 24-10440amc – Filed 2/16/24**

Currently a member of the aforesaid bar in good standing in the State of
**Texas**

$75.00 admission fee:      Paid ___✓_____      Outstanding _____

Additional Information:      Licensed May 15, 1978, is active and eligible to practice law