# Attorney Registration and Disciplinary Information

The following information was obtained from the **State Bar Association of Texas Attorney Search**

    Attorney to appear Pro Hac Vice, Related Case Number and File Date
        **Michael D. Wombacher – 24-10440amc – Filed 2/16/24**

    Currently a member of the aforesaid bar in good standing in the State of
        **Texas**

$75.00 admission fee:    Paid ___√_____    Outstanding _____

Additional Information:    Licensed February 17, 2022, is active and eligible to practice law