# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> JIGNESH PANDYA AND MITAL PANDYA, <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-10440 (AMC) |
| GWEN GILES TRIANTOS 2012 TRUST <br> Creditor | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that GWEN GILES TRIANTOS 2012 TRUST, by and through its undersigned counsel, hereby enters it appearance in the above-captioned action pursuant to applicable Bankruptcy law and Rules of Procedure. Undersigned counsel hereby requests that copies of any and all notices and papers filed or entered in this case be given to and served upon him using the following contact information:

> Brian T. Newman, Esq.
> ROGERS COUNSEL
> 26 East Athens Avenue
> Ardmore, PA 19003
> Tel: (610) 285-3009
> Fax: (877) 649-1880
> E: Brian@rogerscounsel.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned case. Creditor files this Notice of Appearance without prejudice to any other rights and expressly reserves any and all other remedies.

        Respectfully submitted,

        **ROGERS COUNSEL**

Dated: February 22, 2024

        By: */s/ Brian T. Newman, Esq.*
        Brian T. Newman
        ROGERS COUNSEL
        Attorney I.D. No. 324891
        26 East Athens Avenue
        Ardmore, PA 19003
        E: Brian@RogersCounsel.Com
        610-649-1880 / 877-649-1880 (fax)
        *Attorney for Creditor,*
        *Gwen Giles Triantos 2012 Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JIGNESH PANDYA AND MITAL PANDYA,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 24-10440 (AMC) |
| GWEN GILES TRIANTOS 2012 TRUST<br>　　　　　Creditor | |

## CERTIFICATE OF SERVICE

I, Brian T. Newman, Esq., certify that I caused a true and correct copy of *Gwen Giles Triantos 2012 Trust's Notice of Appearance and Request for Service of Papers* to be electronically filed on February 22, 2024, and thus it was served upon all parties enrolled with and consenting to service via the Court's Electronic Notification system (ECF).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**ROGERS COUNSEL**

Dated: February 22, 2024\

　　　　　　　　　　　　　　　　　　By: */s/ Brian T. Newman, Esq.*
　　　　　　　　　　　　　　　　　　Brian T. Newman
　　　　　　　　　　　　　　　　　　ROGERS COUNSEL
　　　　　　　　　　　　　　　　　　Attorney I.D. No. 324891
　　　　　　　　　　　　　　　　　　26 East Athens Avenue
　　　　　　　　　　　　　　　　　　Ardmore, PA 19003
　　　　　　　　　　　　　　　　　　E: Brian@RogersCounsel.Com
　　　　　　　　　　　　　　　　　　610-649-1880 / 877-649-1880 (fax)
　　　　　　　　　　　　　　　　　　*Attorney for Creditor, Edwin Leon*