IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| JIGNESH PANDYA AND MITAL PANDYA, | Case No. 24-10440-amc |
| Debtors. | |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,
*PRO HAC VICE*, OF CHARLES R. GIBBS**

Upon consideration of the Motion for Admission to Practice, *pro hac vice*, of Charles R. Gibbs,

It is hereby ordered that the Motion is GRANTED and Charles R. Gibbs is hereby admitted *pro hac vice* in the above-captioned bankruptcy case.

Date: Feb. 22, 2024

_____
Ashely M. Chan
United States Bankruptcy Judge