**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| JIGNESH PANDYA AND MITAL PANDYA, | Case No. 24-10440-amc |
| Debtors. | |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,**
**_PRO HAC VICE_, OF MICHAEL D. WOMBACHER**

Upon consideration of the Motion for Admission to Practice, *pro hac vice*, of Michael D. Wombacher,

It is hereby ordered that the Motion is GRANTED and Michael D. Wombacher is hereby admitted *pro hac vice* in the above-captioned bankruptcy case.

Date: Feb. 22, 2024

Ashely M. Chan
United States Bankruptcy Judge