United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10440-amc |
| Jignesh Pandya | Chapter 11 |
| Mital Pandya | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |
| cr | + | American Bank, 4029 W. Tilghman Street, Allentown, PA 18104-4454 |
| cr | + | CAPOZZI ADLER, P.C., 2933 N FRONT ST, HARRISBURG, PA 17110-1250 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 21 2024 05:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2024 05:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 21 2024 05:13:04 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 22, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed**

**below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Mital Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Mital Pandya dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Jignesh Pandya dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| KACIE CARTWRIGHT | on behalf of U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov |
| KEVIN T. FOGERTY | on behalf of Creditor American Bank kfogerty@fogertylaw.com |
| MARIS J. KANDESTIN | on behalf of Creditor Pizza Hut LLC mkandestin@mwe.com, dnorthrop@mwe.com |
| NICHOLAS M. ENGEL | on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com |
| ROBERT E. CHERNICOFF | on behalf of Creditor CAPOZZI ADLER P.C. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

JIGNESH PANDYA            Chapter 11
and MITAL PANDYA

                                        Case No. 24-10440(AMC)
                   **Debtors**

## ORDER EXTENDING TIME TO FILE SCHEDULES

Upon consideration of the Application (the "Application") of the Debtors for an Extension of Filing Deadlines related to the Schedules[1], **IT IS HEREBY**

**ORDERED**, that the Debtors' Application is **GRANTED** and all filing deadlines for the following documents are extended until **March 8, 2024:**

1. Attorney Disclosure Statement;
2. Schedule A/B;
3. Schedule C;
4. Schedule D;
5. Schedule E/F;
6. Schedule G;
7. Schedule H;
8. Schedule I;
9. Schedule J;
10. List of 20 Largest Unsecured Creditors (amended if needed);
11. Statement of Current Monthly Income;
12. Statement of Financial Affairs;
13. Statistical Summary of Certain Liabilities Form B206;
14. Creditor Matrix (amended, if needed);
15. And any supplemental documents required pursuant to the Bankruptcy Code.

**BY THE COURT:**

Date: Feb. 16, 2024

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] All capitalized, yet undefined, terms herein have the meaning ascribed to them in the Application.