### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 24-10440 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

### MOTION FOR ADMISSION PRO HAC VICE OF ELIZABETH L. JANCZAK

Turner N. Falk ("**Movant**"), a member in good standing of the Bar of the Commonwealth of Pennsylvania, admitted to practice before the United States District Court for the Eastern District of Pennsylvania and an associate with the law firm of Saul Ewing LLP, hereby moves this United States Bankruptcy Court for the Eastern District of Pennsylvania (the "**Court**") to enter an order permitting Elizabeth L. Janczak of Smith, Gambrell & Russell, LLP to practice pro hac vice before the Court and to represent US Foods, Inc.  In support of this Motion, the Movant respectfully represents as follows:

1. Elizabeth L. Janczak is a partner with Smith, Gambrell & Russell, LLP and maintains an office at 311 S. Wacker Drive, Suite 3000, Chicago, IL 60606.

2. Elizabeth L. Janczak is a member in good standing of the State Bar of Illinois.

3. Attached hereto as **Exhibit A** is a declaration of Elizabeth L. Janczak which sets forth her qualifications in greater detail.

4. The filing fee has been paid upon the filing of this Motion with the Court.

5. Movant requests that this Court grant this Motion so that Elizabeth L. Janczak may be allowed to file pleadings and appear and be heard at any hearings in this chapter 11 case and any related adversary proceedings.

**WHEREFORE**, Movant respectfully requests that the Court enter the attached order permitting Elizabeth L. Janczak, Esquire to appear pro hac vice in this chapter 11 case.

Dated:  February 27, 2024   /s/ Turner N. Falk
Turner N. Falk, Esq.
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102 2186
(215) 972-8415
Turner.Falk@saul.com

2