# **EXHIBIT A**

**Declaration of Shelly A. DeRousse**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 24-10440 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

## DECLARATION OF SHELLY A. DEROUSSE

1. I, Shelly A. DeRousse, hereby certify that I am eligible for admission pro hac vice to this Court.

2. I was admitted to practice law in the State of Illinois in 2001. I am also admitted to practice law in several District Courts, including the Northern District of Illinois.

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. I have not been disbarred or suspended from the bar of any court or otherwise subjected to professional discipline.

5. I am not currently subject to any disciplinary proceedings.

6. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in this Court, or in connection with the representation of my client in this case.

Dated: February 27, 2024        */s/ Shelly A. DeRousse*
                                Shelly A. DeRousse

51579896.2