# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 24-10440 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

## ORDER FOR ADMISSION PRO HAC VICE

AND NOW, this ____ day of _____, 2024, upon consideration of the *Motion for Pro Hac Vice Admission of Shelly A. DeRousse*, it is hereby ORDERED that the motion is GRANTED and that Shelly A. DeRousse is admitted pro hac vice to the bar of this Court to represent US Foods, Inc., a party in interest herein, in this case and any present or future contested matter or adversary proceeding arising in or related to this case.

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

51579896.2