**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 24-10440 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Turner N. Falk, hereby certify that a true and correct copy of the *Motion for Admission Pro Hac Vice of Shelly A. DeRousse on behalf of US Foods, Inc.* was served on all parties on this date via the ECF filing system and/or first class mail.

Dated:  February 27, 2024

*/s/ Turner N. Falk*
Turner N. Falk, Esq.
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
Turner.Falk@saul.com

51579896.2