**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JIGNESH PANDYA AND MITAL PANDYA,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10440-amc |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Pizza Hut, LLC, by and through undersigned counsel, hereby enters its appearance (this "Notice of Appearance") in the above-captioned case, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Undersigned counsel hereby requests that copies of any and all notices and papers filed or entered in this case be given to and served upon him as follows:

Charles R. Gibbs
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street
Suite 1900
Dallas, TX 75201
Tel: (214) 295-8000
Fax: (972) 232-3098
E-mail: crgibbs@mwe.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 case entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in this case or in any other action are expressly reserved.

Dated:  February 27, 2024
      Dallas, Texas

                                                **MCDERMOTT WILL & EMERY LLP**

                                                */s/ Charles R. Gibbs*
                                                Charles R. Gibbs (admitted *pro hac vice*)
                                                2501 North Harwood Street
                                                Suite 1900
                                                Dallas, Texas 75201
                                                Telephone: (214) 295-8000
                                                Facsimile: (972) 232-3098
                                                E-mail: crgibbs@mwe.com

                                                *Counsel to Pizza Hut, LLC*

## **CERTIFICATE OF SERVICE**

  The undersigned counsel hereby certifies that on this 27th day of February 2024, she caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be electronically filed using the Court's CM/ECF System and served upon all parties in this case whose counsel has consented to service via the CM/ECF System.

           */s/ Maris J. Kandestin*
           Maris J. Kandestin