IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JIGNESH PANDYA AND MITAL PANDYA<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10440-amc |

## ORDER

NOW, this __29th__ day of __Feb.__ 2024, upon consideration of the Motion for *Pro Hac Vice* Admission of Kevin M. Lippman, it is ORDERED that the Motion is GRANTED and that Kevin M. Lippman is admitted *pro hac vice* to the bar of this Court to represent Munsch Hardt Kopf & Harr, P.C. in this case and any present or future contested matter or adversary proceeding arising in this case.

_____
HONORABLE ASHELY M. CHAN
UNITED SSTATES BANKRUPTCY JUDGE

1