United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-10440-amc

Jignesh Pandya     Chapter 11

Mital Pandya

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Mar 01, 2024    Form ID: pdf900    Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |
| aty | + | KEVIN M. LIPPMAN, Munsch Hardt Kopf & Harr, P.C., 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6605 |
| cr | + | American Bank, 4029 W. Tilghman Street, Allentown, PA 18104-4454 |
| cr | + | CAPOZZI ADLER, P.C., 2933 N FRONT ST, HARRISBURG, PA 17110-1250 |
| cr | + | Gwen Giles Triantos 2012 Trust, c/o Brian T. Newman, Rogers Counsel, 26 East Athens Avenue, Ardmore, PA 19003 US 19003-2140 |
| cr | + | Meridian Bank, 9 Old Lincoln Hwy, Malvern, PA 19355-2551 |
| cr | + | Univest Bank & Trust Co., 16 Harbor Place, PO Box 197, Souderton, PA 18964-0197 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 02 2024 01:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2024 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 02 2024 02:29:39 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024      Signature:     /s/Gustava Winters

Case 24-10440-amc    Doc 39    Filed 03/03/24    Entered 03/04/24 00:39:25    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 10 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Mital Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| BRIAN T. NEWMAN | on behalf of Creditor Gwen Giles Triantos 2012 Trust brian@rogerscastor.com |
| CHARLES R GIBBS | on behalf of Creditor Pizza Hut  LLC crgibbs@mwe.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Jignesh Pandya dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Mital Pandya dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JENNIFER L. MALESKI | on behalf of Creditor Munsch Hardt Kopf & Harr  P.C. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| KACIE CARTWRIGHT | on behalf of U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov |
| KEVIN T. FOGERTY | on behalf of Creditor American Bank kfogerty@fogertylaw.com |
| MARIS J. KANDESTIN | on behalf of Creditor Pizza Hut  LLC mkandestin@mwe.com, dnorthrop@mwe.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MICHAEL D. WOMBACHER | on behalf of Creditor Pizza Hut  LLC mwombacher@mwe.com |
| NICHOLAS M. ENGEL | on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com |
| ROBERT E. CHERNICOFF | on behalf of Creditor CAPOZZI ADLER  P.C. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com |
| SCOTT M. KLEIN | on behalf of Creditor Meridian Bank sklein@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com |
| TURNER N. FALK | on behalf of Creditor US Foods  Inc. turner.falk@saul.com, tnfalk@recap.email;catherine.santangelo@saul.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 11 |
|---|---|
| JIGNESH PANDYA AND MITAL PANDYA | Case No. 24-10440-amc |
| Debtors. | |

# ORDER

NOW, this 29th day of Feb. 2024, upon consideration of the Motion for *Pro Hac Vice* Admission of Kevin M. Lippman, it is ORDERED that the Motion is GRANTED and that Kevin M. Lippman is admitted *pro hac vice* to the bar of this Court to represent Munsch Hardt Kopf & Harr, P.C. in this case and any present or future contested matter or adversary proceeding arising in this case.

_____
HONORABLE ASHELY M. CHAN
UNITED SSTATES BANKRUPTCY JUDGE

1