**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 24-10440 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

**<u>ORDER FOR ADMISSION PRO HAC VICE</u>**

AND NOW, this <u>1st</u> day of <u>March</u>, 2024, upon consideration of the *Motion for Pro Hac Vice Admission of Elizabeth L. Janczak*, it is hereby ORDERED that the motion is GRANTED and that Elizabeth L. Janczak is admitted pro hac vice to the bar of this Court to represent US Foods, Inc., a party in interest herein, in this case and any present or future contested matter or adversary proceeding arising in or related to this case.

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE