**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| JIGNESH PANDYA AND MITAL PANDYA, | § § § § | Case No. 24-10440-amc |
| Debtors. | § § § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel hereby appears as counsel to Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), a creditor and party in interest in the above-captioned bankruptcy case (the "Bankruptcy Case"), and pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure hereby enters his appearance and requests that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case be served upon:

> Kevin M. Lippman, Esq.
> Munsch Hardt Kopf & Harr, P.C.
> 500 N. Akard Street, Suite 4000
> Dallas, Texas 75201-6659
> Telephone: (214) 855-7500
> Facsimile: (214) 855-7584
> Email: klippman@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, claims, and all other pleadings or requests, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand-delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as Munsch Hardt's: (a) waiver of the right to have final orders in non-core matters, or any other matters or proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the United States Constitution, entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 4, 2024

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: klippman@munsch.com

By: */s/ Kevin M. Lippman*
    Kevin M. Lippman
    Texas Bar No. 00784479

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 4th day of March, 2024, he caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on those parties requesting electronic service through the Court's ECF system.

                                               */s/ Kevin M. Lippman*
                                               Kevin M. Lippman