**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 24-10440** |
| **Jignesh Pandya** : | **Chapter 11** |
| **Mital Pandya** : | **Judge Ashely M. Chan** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/Alyk L. Oflazian
    Alyk L. Oflazian, Esquire (312912)
    Adam B. Hall (323867)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Alyk L. Oflazian.
    Contact email is ALOflazian@manleydeas.com

24-003782_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 24-10440 |
| **Jignesh Pandya** | : Chapter 11 |
| **Mital Pandya** | : Judge Ashely M. Chan |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Albert Anthony Ciardi III, Attorney for Jignesh Pandya and Mital Pandya, aciardi@ciardilaw.com

Daniel S. Siedman, Attorney for Jignesh Pandya and Mital Pandya, dsiedman@ciardilaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jignesh Pandya, Mital Pandya, and Ronak Jignesh Pandya, 8 Woodland Road, Newtown, PA 18940

/s/Alyk L. Oflazian

24-003782_PS