**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 24-10440 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of

Bankruptcy Procedure, Elizabeth L. Janczak, Esquire, of Smith, Gambrell & Russell, LLP,

hereby appears as counsel on behalf of US Foods Inc. in the above-captioned case, and pursuant

to Rules 2002(g), 2002(i), 9007 and 3017 request, unless otherwise directed by the Court, that all

notices required to be given in this case or in any related adversary proceeding, and all papers

that are required to be served in this case be given to and served upon the following, at the office,

telephone and facsimile number set forth below:

Elizabeth L. Janczak, Esquire (admitted pro hac vice)
Smith, Gambrell & Russell, LLP
311 South Wacker Drive, Suite 3000
Chicago IL 606060
Phone: (312) 360-6315
Fax: (312) 360-6520
ejanczak@sgrlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request is also made for service of

copies of all papers, including, without limitation, reports, pleadings, motions, applications or

petitions, schedules, plans, disclosure statements (or circulated drafts of any of the foregoing),

and answering reply papers filed in the above-captioned case or any related adversary proceeding

by mailing one copy of each, unless otherwise directed by the Court to the above address.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 case entered only after de novo review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service does not constitute an agreement to accept service for initial process under Fed. R. Civ. P. 4, or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed the agent of the Committee for such purpose.

Respectfully Submitted,

**SMITH, GAMBRELL & RUSSELL, LLP**

Dated:  March 6, 2024

By:     */s/ Elizabeth L. Janczak*
Elizabeth L. Janczak, Esquire (admitted pro hac vice)
311 South Wacker Drive, Suite 3000
Chicago IL 606060
Phone: (312) 360-6722
Fax: (312) 360-6520
ejanczak@sgrlaw.com

*Counsel for US Foods Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 24-10440 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Service was filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania on March 6, 2024, with notice sent electronically to all parties receiving electronic notices in this case pursuant to the local rules of this Court, and that no further notice or service is necessary.

*/s/ Elizabeth L. Janczak*
Elizabeth L. Janczak, Esquire