United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-10440-amc
Jignesh Pandya Chapter 11
Mital Pandya
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 04, 2024     Form ID: pdf900     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |
| aty | + | Elizabeth L. Janczak, Smith, Gambrell & Russell, LLP, 311 S. Wacker Drive, ste 3000, Chicago, IL 60606-6683 |
| aty | + | KEVIN M. LIPPMAN, Munsch Hardt Kopf & Harr, P.C., 500 N. Akard Street, Suite 4000, Dallas, TX 75201-6605 |
| aty | + | Shelly A. DeRousse, 311 S. Wacker Drive, ste 3000, Chicago, IL 60606-6683 |
| cr | + | American Bank, 4029 W. Tilghman Street, Allentown, PA 18104-4454 |
| cr | + | CAPOZZI ADLER, P.C., 2933 N FRONT ST, HARRISBURG, PA 17110-1250 |
| cr | + | Gwen Giles Triantos 2012 Trust, c/o Brian T. Newman, Rogers Counsel, 26 East Athens Avenue, Ardmore, PA 19003 US 19003-2140 |
| cr | + | Meridian Bank, 9 Old Lincoln Hwy, Malvern, PA 19355-2551 |
| cr | + | Univest Bank & Trust Co., 16 Harbor Place, PO Box 197, Souderton, PA 18964-0197 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | | Mar 05 2024 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Mar 05 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: acg.acg.ebn@aisinfo.com | + | Mar 05 2024 00:14:57 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 04, 2024 | Form ID: pdf900 | Total Noticed: 12 |

Date: Mar 06, 2024　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:**

**Name**　　　　**Email Address**

AMAR A AGRAWAL
　on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com

Albert Anthony Ciardi, III
　on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com
　sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

Albert Anthony Ciardi, III
　on behalf of Debtor Mital Pandya aciardi@ciardilaw.com
　sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

BRIAN T. NEWMAN
　on behalf of Creditor Gwen Giles Triantos 2012 Trust brian@rogerscastor.com

CHARLES R GIBBS
　on behalf of Creditor Pizza Hut  LLC crgibbs@mwe.com

DANIEL S. SIEDMAN
　on behalf of Debtor Jignesh Pandya dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DANIEL S. SIEDMAN
　on behalf of Debtor Mital Pandya dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

GEORGE M. CONWAY
　on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JENNIFER L. MALESKI
　on behalf of Creditor Munsch Hardt Kopf & Harr  P.C. jmaleski@dilworthlaw.com,
　mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

KACIE CARTWRIGHT
　on behalf of U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov

KEVIN T. FOGERTY
　on behalf of Creditor American Bank kfogerty@fogertylaw.com

MARIS J. KANDESTIN
　on behalf of Creditor Pizza Hut  LLC mkandestin@mwe.com, dnorthrop@mwe.com

MARK A. CRONIN
　on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MICHAEL D. WOMBACHER
　on behalf of Creditor Pizza Hut  LLC mwombacher@mwe.com

NICHOLAS M. ENGEL
　on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com

ROBERT E. CHERNICOFF
　on behalf of Creditor CAPOZZI ADLER  P.C. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com

SCOTT M. KLEIN
　on behalf of Creditor Meridian Bank sklein@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

TURNER N. FALK
　on behalf of Creditor US Foods  Inc. turner.falk@saul.com, tnfalk@recap.email;catherine.santangelo@saul.com

United States Trustee
　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 24-10440 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

**ORDER FOR ADMISSION PRO HAC VICE**

AND NOW, this  1st  day of  March , 2024, upon consideration of the *Motion for Pro Hac Vice Admission of Shelly A. DeRousse*, it is hereby ORDERED that the motion is GRANTED and that Shelly A. DeRousse is admitted pro hac vice to the bar of this Court to represent US Foods, Inc., a party in interest herein, in this case and any present or future contested matter or adversary proceeding arising in or related to this case.

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

51579896.2