UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Jignesh Pandya, and | : | |
| Mital Pandya | : | BANKR. NO.  23-13723 (AMC) |
| | : | |
| Debtors. | : | |

## PRAECIPE

WHEREAS, the Debtors previously filed a Petition for relief before this Court at Docket 23-13723 and despite receiving two extensions to file Schedules failed to do so;

AND WHEREAS, Debtors filed the instant case before this Court less than one month after the aforementioned prior case was dismissed, and despite having obtained an extension to file their Schedules in the present case, and still have not filed Schedules herein;

AND WHEREAS, Debtors by their counsel consent to the relief requested hereby:

IT IS HEREBY REQUESTED that this Court entered the Consent Order submitted herewith dismissing the above captioned and barring Debtors from filing for bankruptcy relief under any chapter for a period of six months from the date of the entry of such Consent Order, and thereafter without simultaneously submitting Schedules with any new Petition which they may file.

Respectfully submitted,
Andrew R. Vara
United States Trustee
For Regions 3 and 9

By:  */s/ George M. Conway*
George M. Conway
Trial Attorney
Office of United States Trustee
Robert N.C. Nix Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA  19107
Phone: (215) 597-8418

Dated: March 8, 2024