UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                   :      CHAPTER 11
                                         :
**Jignesh Pandya, and**                  :
**Mital Pandya**                         :      BANKR. NO. 24-10440 (AMC)
                                         :
              Debtors.                   :

### ORDER OF DISMISSAL WITH A BAR AGAINST REFILING

AND NOW, to wit, this ____ day of March, 2024, in consideration of the Praecipe and Consent Order submitted by the United States trustee, and for good cause shown, it is

ORDERED, that the above caption case be and is hereby dismissed; and

ORDERED, that the Debtors are hereby barred and enjoined from filing a new Petition for relief under any chapter for a period of six months from the date of the entry of the within Order and thereafter without simultaneously submitting all required schedules which are completed and executed with any new Petition which they may file.

IT IS FURTHER ADJUDGED that the Debtors are indebted to the United States Trustee in the sum of $250.00 for outstanding quarterly fees pursuant to 28 U.S.C. § 1930(a)(6).

                                         BY THE COURT:

                                         _____
                                         Honorable Ashely M. Chan
                                         United States Bankruptcy Judge

Consent is hereby given to the
form and content of the within Order .

_____
Albert Anthony Ciardi, III
Attorney for Debtors