United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10440-amc |
| Jignesh Pandya | Chapter 11 |
| Mital Pandya | |
|   Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 08, 2024 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |
| cr | + | American Bank, 4029 W. Tilghman Street, Allentown, PA 18104-4454 |
| cr | + | CAPOZZI ADLER, P.C., 2933 N FRONT ST, HARRISBURG, PA 17110-1250 |
| cr | + | Gwen Giles Triantos 2012 Trust, c/o Brian T. Newman, Rogers Counsel, 26 East Athens Avenue, Ardmore, PA 19003 US 19003-2140 |
| cr | + | Meridian Bank, 9 Old Lincoln Hwy, Malvern, PA 19355-2551 |
| 14854102 | + | All Gas & Welding Supply Co. Inc., PO Box 333, Thompsonville, NY 12784-0333 |
| 14854103 | + | American Bank, 615 Waterfront Drive Suite 501, Allentown, PA 18102-5655 |
| 14861618 | + | Boston Market Corporation Health and Welfare Plan, c/o Albania Garcia, U.S. Dept. of Labor, 1835 Market Street, 21st Floor, Philadelphia, PA 19103-2968 |
| 14857276 | + | Brian T. Newman, Esq., Rogers Counsel, 26 East Athens Avenue, Ardmore, PA 19003-2140 |
| 14854105 | + | CBC Restaurant, C/O Mishell B. Kneeland, 13101 Preston Road, Ste. 110-1593, Dallas, TX 75240-5237 |
| 14854106 | + | Cuttler Produce, Inc., C/O Mary Fassett McCarren & Diess, 4530 Wisconsin Ave NW, #304, Washington, DC 20016-4627 |
| 14854108 | + | Daniel and Mary Lezotte, C/O Ben Anderson 1519 Cowper Court, San Jose, CA 95120-5723 |
| 14854107 | + | Daniel and Mary Lezotte, c/o Benjamin A. Anderson, Esq., 460 Norristown Road Suite 110, Blue Bell, PA 19422-2344 |
| 14854325 | + | Daniel and Mary Lezotte, c/o Nicholas M. Engel, Esquire, 112 Moores Road, Suite 300, Malvern, PA 19355-1002 |
| 14857277 | + | Gwen Giles Triantos 2012 Trust, c/o Brian T. Newman, Esq., Rogers Counsel, 26 East Athens Avenue, Ardmore, PA 19003-2140 |
| 14854109 | + | Infinite Mechanical LLC, 402 Ave B, Horsham, PA 19044-2006 |
| 14861378 | | JPMorgan Chase Bank, N.A., c/o Alyk L. Oflazian, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14854111 | + | Jose Tejeda, c/o Christopher J. Bendau, Esquire, P.O. Box 97066, Phoenix, AZ 85060-7066 |
| 14854112 | + | Jose Tejeda, C/O Bendau Law Firm PLLC P.O. Box 97066, Phoenix, AZ 85060-7066 |
| 14854114 | + | Kevin M. Lippman, Esquire, Munsch Hardt Kopf & Harr PC, 500 N. Akard Street Suite 4000, Dallas, TX 75201-6605 |
| 14854113 | + | Kishan Patel & Jagdish Patel, 395 New Dover Rd, Colonia, NJ 07067-2703 |
| 14857218 | + | Meridian Bank, c/o Scott M. Klein, Esquire, Brown McGarry Nimeroff LLC, 158 W. Gay Street, Suite 200, West Chester, PA 19380-2907 |
| 14862609 | + | Munsch Hardt Kopf & Harr PC, Attn: Kevin M. Lippman, Esq., 500 N. Akard St., Ste 4000, Dallas, TX 75201-6605 |
| 14854115 | + | Munsch Hardt Kopft & Harr PC, C/O David Rodkey 500 N. Akard St #4000, Dallas, TX 75201-6605 |
| 14854116 | + | National Construction Rentals, 6401 Passyunk Avenue, Philadelphia, PA 19153-3512 |
| 14854117 | + | National Construction Rentals, 6401 W Passyunk Ave, Philadelphia, PA 19153-3512 |
| 14854119 | + | PA Department of Labor and Industry, 651 Boas St, Harrisburg, PA 17128-0001 |
| 14857214 | + | PNC Bank National Association, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14854120 | + | Pepsico Inc., 11701 Roosevelt Boulevard, Philadelphia, PA 19154-2108 |
| 14854121 | + | Pizza Hut LLC, General Counsel's Office, 7100 Corporate Drive, Plano, TX 75024-4100 |
| 14854122 | + | Pizza Hut LLC, C/O GENERAL COUNSEL'S OFFICE, 7100 CORPORATE DRIVE, Plano, TX 75024-4100 |
| 14854123 | + | Pizza Hut LLC, C/O Joel Bailey The JBB Law Firm PLLC, 5752 Grandscape Blvd. Suite 225, The Colony, TX 75056-6772 |
| 14854124 | + | Pizza Hut, Inc., C/O Jason Jordan Haynes & Boone, LLP, 2801 N Harwood St Suite 2300, Dallas, TX 75201-2754 |
| 14859253 | + | Pizza Hut, LLC, c/o Charles R. Gibbs, McDermott Will & Emery LLP, 2501 North Harwood Street Suite 1900, Dallas, TX 75201-1664 |
| 14859254 | + | Pizza Hut, LLC, c/o Michael D. Wombacher, McDermott Will & Emery LLP, 2501 North Harwood Street Suite 1900, Dallas, TX 75201-1664 |
| 14856448 | + | Pizza Hut, LLC, c/o Maris J. Kandestin, McDermott Will & Emery LLP, 1000 N. West Street Suite 1400, Wilmington, Delaware 19801-1054 |
| 14854127 | + | Signature Financial Corporation, 12 Route 17 North Suite 204, Paramus, NJ 07652-2644 |
| 14854128 | + | Signature Financial LLC, C/O Mohammad A. Ghiasuddin Margolis Edel, 170 S. Independence Mall, W. Suite 400E, Philadelphia, PA 19106-3337 |

Case 24-10440-amc    Doc 50    Filed 03/10/24    Entered 03/11/24 01:29:23    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: pdf900 | Total Noticed: 58 |

| | | |
|---|---|---|
| 14854131 | + | Southern Shoals, LLC, C/O Curley & Rothman, LLC, 1100 E. Hector St Suite 425, Conshohocken, PA 19428-2353 |
| 14854129 | + | Southern Shoals, LLC, c/o Curley & Rothman, LLC, Scott M. Rothman, Esquire 1100 E. Hector, Conshohocken, PA 19428-2374 |
| 14854130 | + | Southern Shoals, LLC, C/O Curley & Rothman, LLC, 1100 E. Hector Street Suite 524, Conshohocken, PA 19428-2374 |
| 14854132 | + | Summit Square Associates, 21-J Summit Square Center, Langhorne, PA 19047-1078 |
| 14854136 | + | US Foods, Inc., C/O Shelly DeRoussee, 311 South Wacker Dr Suite 3000, Chicago, IL 60606-6683 |
| 14862401 | + | US Foods, Inc., C/O Elizabeth L. Janczak, Esquire, Smith, Gambrell & Russell, LLP, 311 South Wacker Dr Suite 3000, Chicago, IL 60606-6683 |
| 14858002 | + | Univest Bank & Trust Co, c/o Amar A. Agrawal, Eisenberg, Gold & Agrawal, P.C., 1040 N. Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14854133 | + | Univest Bank & Trust Co., C/O Amar Agrawal, 16 Harbor Place PO Box 197, Souderton, PA 18964-0197 |
| 14854134 | + | Univest Bank and Trust Co., 16 Harbor Place PO Box 197, Souderton, PA 18964-0197 |
| 14854137 | + | Zee Bridge Capital LLC, C/O Andrew Teitelman, Esquire, 380 Red Lion Road, Suite 103, Huntingdon Valley, PA 19006-6451 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2024 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2024 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2024 00:42:14 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14855807 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2024 00:42:33 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14857186 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 09 2024 00:42:13 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14854110 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2024 00:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14861626 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2024 00:42:18 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14854126 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 09 2024 00:36:00 | PNC Bank, National Association, 300 5th Ave, Pittsburgh, PA 15222 |
| 14861334 | ^ | MEBN | Mar 09 2024 00:25:20 | Texas Comptroller of Public Accounts, Office of the Attorney General Bky & Col, PO Box 12548, MC-008, Austin, TX 78711-2548 |
| 14854135 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Mar 09 2024 00:36:00 | US Foods, 9399 West Higgins Road Suite 100, Rosemont, IL 60018-4910 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Univest Bank & Trust Co., 16 Harbor Place, PO Box 197, Souderton, PA 18964-0197 |
| 14854104 | *+ | American Bank, 615 Waterfront Drive Suite 501, Allentown, PA 18102-5655 |
| 14854125 | *+ | Pizza Hut, LLC, General Counsel's Office, 7100 Corporate Dr, Plano, TX 75024-4100 |
| 14854118 | ##+ | North Mill Credit Trust, 81 Throckmorton Avenue Ste. 203, Mill Valley, CA 94941-1930 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:

**Name**  **Email Address**

ALYK L OFLAZIAN
　on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

AMAR A AGRAWAL
　on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com

Albert Anthony Ciardi, III
　on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com
　sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

Albert Anthony Ciardi, III
　on behalf of Debtor Mital Pandya aciardi@ciardilaw.com
　sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

BRIAN T. NEWMAN
　on behalf of Creditor Gwen Giles Triantos 2012 Trust brian@rogerscastor.com

CHARLES R GIBBS
　on behalf of Creditor Pizza Hut  LLC crgibbs@mwe.com

DANIEL S. SIEDMAN
　on behalf of Debtor Jignesh Pandya dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DANIEL S. SIEDMAN
　on behalf of Debtor Mital Pandya dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

ELIZABETH L. JANCZAK
　on behalf of Creditor US Foods  Inc. ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

GEORGE M. CONWAY
　on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JENNIFER L. MALESKI
　on behalf of Creditor Munsch Hardt Kopf & Harr  P.C. jmaleski@dilworthlaw.com,
　mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

KACIE CARTWRIGHT
　on behalf of U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov

KEVIN M. LIPPMAN
　on behalf of Creditor Munsch Hardt Kopf & Harr  P.C. klippman@munsch.com

KEVIN T. FOGERTY
　on behalf of Creditor American Bank kfogerty@fogertylaw.com

MARIS J. KANDESTIN
　on behalf of Creditor Pizza Hut  LLC mkandestin@mwe.com, dnorthrop@mwe.com

MARK A. CRONIN
　on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MICHAEL D. WOMBACHER
　on behalf of Creditor Pizza Hut  LLC mwombacher@mwe.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 08, 2024 | Form ID: pdf900 | Total Noticed: 58 |

NICHOLAS M. ENGEL
    on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com

ROBERT E. CHERNICOFF
    on behalf of Creditor CAPOZZI ADLER P.C. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com

SCOTT M. KLEIN
    on behalf of Creditor Meridian Bank sklein@bmnlawyers.com kpower@bmnlawyers.com;keckman@bmnlawyers.com

SHELLY A. DEROUSSE
    on behalf of Creditor US Foods Inc. sderousse@sgrlaw.com

TURNER N. FALK
    on behalf of Creditor US Foods Inc. turner.falk@saul.com, tnfalk@recap.email;catherine.santangelo@saul.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 23

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    CHAPTER 11
                                          :
**Jignesh Pandya, and**                   :
**Mital Pandya**                          :    BANKR. NO.  24-10440 (AMC)
                                          :
         Debtors.                         :

## ORDER OF DISMISSAL WITH A BAR AGAINST REFILING

AND NOW, to wit, this  8th  day of March, 2024, in consideration of the Praecipe and Consent Order submitted by the United States trustee, and for good cause shown, it is

ORDERED, that the above caption case be and is hereby dismissed; and

ORDERED, that the Debtors are hereby barred and enjoined from filing a new Petition for relief under any chapter for a period of six months from the date of the entry of the within Order and thereafter without simultaneously submitting all required schedules which are completed and executed with any new Petition which they may file.

IT IS FURTHER ADJUDGED that the Debtors are indebted to the United States Trustee in the sum of $250.00 for outstanding quarterly fees pursuant to 28 U.S.C. § 1930(a)(6).

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Consent is hereby given to the
form and content of the within Order .

_____
Albert Anthony Ciardi, III
Attorney for Debtors