**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| JIGNESH PANDYA and : | CASE NO.: 24-10440-amc |
| MITAL PANDYA : | Honorable Ashely M. Chan |
| : | |
| DEBTORS : | |
| : | Hearing Date: October 30, 2024 10:00 AM |
| : | Objection Date: October 23, 2024 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Univest Bank & Trust Co. has filed a Motion to Reopen Case for the Limited Purpose of Vacating the Automatic Stay *Nunc Pro Tunc* to February 9, 2024 and for Relief from Stay *Nunc Pro Tunc* to February 9, 2024 in your case pursuant to Section 362(d) of the Bankruptcy Code to lift the automatic stay and pursue its remedies against its collateral.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 23, 2024, you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 204
    Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so the court will receive it or before the date stated above.

    (b) mail a copy to the movant's attorney:

    Amar A. Agrawal, Esquire
    **Eisenberg, Gold & Agrawal, P.C.**
    1040 Kings Highway North, Suite 200
    Cherry Hill, New Jersey 08034
    Tel: (856) 330-6200
    Fax: (856) 330-6207

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. The hearing on the motion to vacate automatic stay will be scheduled to be held before the Honorable Ashely M. Chan, U.S.B.J. on October 30, 2024, at 10:00 a.m., United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at the Philadelphia Office at 215-408-4411 to find out whether the hearing has been canceled because no one filed an answer.

By: _____
Amar A. Agrawal, Esquire

DATED: 09/12/2024