**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| JIGNESH PANDYA and | : CASE NO.: 24-10440-amc |
| MITAL PANDYA | : Honorable Ashely M. Chan |
| | : |
| DEBTORS | : |
| | : Hearing Date: October 30, 2024 10:00 AM |
| | : |

**CERTIFICATE OF NO OBJECTION**

I, Amar A. Agrawal, Esquire of Eisenberg, Gold & Agrawal, P.C., hereby certify that:

1. On September 12, 2024, Univest Bank and Trust Co., by and through their counsel, filed a Motion to Reopen Case for the Limited Purpose of Vacating the Automatic Stay Nunc Pro Tunc to February 9, 2024 and for Relief from Stay Nunc Pro Tunc to February 9, 2024 (the "Motion"), as Docket No. 52.

2. On September 12, 2024, the Notice of Motion was served upon all parties in interest and the Office of the U.S. Trustee, as evidenced by the Certificate of Service filed as Docket No. 53.

3. More than fifteen (15) days have expired since the service of the Notice of Motion and Motion. The undersigned certifies that I have reviewed the Court's Docket in this case, and no answer, objection or other responsive pleading relating to the Motion has been filed with the Clerk of the United States Bankruptcy Court or served upon counsel for Univest Bank and Trust Co. as of the date of this Certification, nor have I received any objection as of this date either oral or written to the Motion

**WHEREFORE**, Eisenberg, Gold & Agrawal, P.C. respectfully requests that the Court grant Univest's Motion to Reopen Case for the Limited Purpose of Vacating the Automatic Stay

*Nunc Pro Tunc* to February 9, 2024 and for Relief from Stay *Nunc Pro Tunc* to February 9, 2024, enter the attached Order, and cancel the hearing scheduled for October 30, 2024.

                              **EISENBERG, GOLD & AGRAWAL, P.C.**

                              By: /s/ Amar A. Agrawal
                              Amar A. Agrawal, Esquire
                              1040 Kings Highway North, Suite 200
                              Cherry Hill, NJ 08034
                              Tel: (856) 330-6200
                              Fax: (856) 330-6207
                              Email: aagrawal@egalawfirm.com
                              Attorneys for Univest Bank & Trust Co.

Date: October 24, 2024