**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| JIGNESH PANDYA and : | CASE NO.: 24-10440-amc |
| MITAL PANDYA : | Honorable Ashely M. Chan |
| : | |
| DEBTORS : | |
| : | Hearing Date: October 30, 2024 10:00 AM |
| : | Objection Date: October 23, 2024 |

**ORDER REOPENING CASE FOR LIMITED PURPOSE OF VACATING THE AUTOMATIC STAY *NUNC PRO TUNC* TO FEBRUARY 9, 2024 AND FOR RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO FEBRUARY 9, 2024**

AND NOW, this  1st  day of  November  2024, upon Univest Bank & Trust Co.'s Motion to Reopen Case for the Limited Purpose of Vacating the Automatic Stay *Nunc Pro Tunc* to February 9, 2024 and for Relief from Stay *Nunc Pro Tunc* to February 9, 2024 (the "Motion"),

**IT IS ORDERED AND DECREED** that:

1. Univest Bank & Trust Co.'s Motion is hereby GRANTED; and

2. The above-captioned matter is hereby reinstated for the sole, limited purpose of granting the relief requested in this Motion; and

3. The Automatic Stay of all proceedings, as provided in Section 362 of the Bankruptcy Reform Act of 1979 (the "Code") 11 U.S.C. §362, is modified , *nunc pro tunc* to February 9, 2024 with respect to the premises located at 8 Woodland Road, Newtown, PA 18940 (Parcel No. 47-008-007-007) (the "Property").

4. Movant is permitted to proceed with its state court remedies as to the Property including, but not limited to causing the Property to be offered at Sheriff's Sale, permitting the Sheriff to issue deeds to any purchasers at the Sheriff's sale and allowing at the Sheriff's Sale (or

purchasers' assignees) to take any legal action for enforcement of their right to possession of the Property.

BY THE COURT:

_____

J.