United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10440-amc |
| Jignesh Pandya | Chapter 11 |
| Mital Pandya | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| AMAR A AGRAWAL | on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com alapinski@egalawfirm.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Mital Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRIAN T. NEWMAN | on behalf of Creditor Gwen Giles Triantos 2012 Trust brian@rogerscastor.com |
| CHARLES R GIBBS | |

District/off: 0313-2 — User: admin — Page 2 of 2
Date Rcvd: Nov 01, 2024 — Form ID: pdf900 — Total Noticed: 1

on behalf of Creditor Pizza Hut LLC crgibbs@mwe.com

DANIEL S. SIEDMAN
on behalf of Debtor Mital Pandya dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DANIEL S. SIEDMAN
on behalf of Debtor Jignesh Pandya dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

ELIZABETH L. JANCZAK
on behalf of Creditor US Foods Inc. ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

George M Conway, III
on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

JENNIFER L. MALESKI
on behalf of Creditor Munsch Hardt Kopf & Harr P.C. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

KACIE CARTWRIGHT
on behalf of U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov

KEVIN M. LIPPMAN
on behalf of Creditor Munsch Hardt Kopf & Harr P.C. klippman@munsch.com

KEVIN T. FOGERTY
on behalf of Creditor American Bank kfogerty@fogertylaw.com

MARIS J. KANDESTIN
on behalf of Creditor Pizza Hut LLC mkandestin@mwe.com, dnorthrop@mwe.com

MICHAEL D. WOMBACHER
on behalf of Creditor Pizza Hut LLC mwombacher@mwe.com

NICHOLAS M. ENGEL
on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com

ROBERT E. CHERNICOFF
on behalf of Creditor CAPOZZI ADLER P.C. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com

SCOTT M. KLEIN
on behalf of Creditor Meridian Bank sklein@fekmlaw.com kpower@bmnlawyers.com;keckman@bmnlawyers.com

SHELLY A. DEROUSSE
on behalf of Creditor US Foods Inc. sderousse@sgrlaw.com

TURNER N. FALK
on behalf of Creditor US Foods Inc. turner.falk@saul.com, tnfalk@recap.email;catherine.santangelo@saul.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 23

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| JIGNESH PANDYA and : | CASE NO.: 24-10440-amc |
| MITAL PANDYA : | Honorable Ashely M. Chan |
| : | |
| DEBTORS : | |
| : | Hearing Date: October 30, 2024 10:00 AM |
| : | Objection Date: October 23, 2024 |

**ORDER REOPENING CASE FOR LIMITED PURPOSE OF VACATING THE AUTOMATIC STAY *NUNC PRO TUNC* TO FEBRUARY 9, 2024 AND FOR RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO FEBRUARY 9, 2024**

AND NOW, this 1st day of November, 2024, upon Univest Bank & Trust Co.'s Motion to Reopen Case for the Limited Purpose of Vacating the Automatic Stay *Nunc Pro Tunc* to February 9, 2024 and for Relief from Stay *Nunc Pro Tunc* to February 9, 2024 (the "Motion"),

**IT IS ORDERED AND DECREED** that:

1. Univest Bank & Trust Co.'s Motion is hereby GRANTED; and

2. The above-captioned matter is hereby reinstated for the sole, limited purpose of granting the relief requested in this Motion; and

3. The Automatic Stay of all proceedings, as provided in Section 362 of the Bankruptcy Reform Act of 1979 (the "Code") 11 U.S.C. §362, is modified, *nunc pro tunc* to February 9, 2024 with respect to the premises located at 8 Woodland Road, Newtown, PA 18940 (Parcel No. 47-008-007-007) (the "Property").

4. Movant is permitted to proceed with its state court remedies as to the Property including, but not limited to causing the Property to be offered at Sheriff's Sale, permitting the Sheriff to issue deeds to any purchasers at the Sheriff's sale and allowing at the Sheriff's Sale (or

Case 24-10440-amc    Doc 59    Filed 11/03/24    Entered 11/03/24 23:40:51    Desc Imaged
Certificate of Notice    Page 4 of 4

purchasers' assignees) to take any legal action for enforcement of their right to possession of the Property.

BY THE COURT:

_____
J.