# Comparative Market Analysis



Researched and prepared by

Sean Ali

Prepared exclusively for

Maggie Soboleski

Subject Property

8 Woodland Rd

Newtown, PA 18940



**Sean Ali**

BHHS Fox & Roach-Society Hill

530 Walnut St Ste 480
STE 480
Philadelphia, PA 19106
(215)620-7069
sean.ali@foxroach.com
http://seanali.foxroach.com

Copyright: BRIGHT MLS© 2024 All rights reserved.

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

**Sean Ali**
Cell: (215) 620-7069
Office Ph: (215) 627-6005
Ph: (215) 521-1570

# Subject Property

8 Woodland Rd
Newtown, PA 18940



### Location

| | |
|---|---|
| County: | **Bucks, PA** |
| MLS Area: | **Upper Makefield Twp** |
| School District: | **Council Rock** |

### Building

| | |
|---|---|
| Property Type: | **FARM** |
| Bedrooms: | **6** |
| Full/Half Baths: | **7 / 3** |

### Lot

| | |
|---|---|
| Acres: | **10** |
| Lot SqFt: | **435600** |

| | |
|---|---|
| Heating: | **/ / Bottled Gas/Propane, Natural Gas, Natural Gas Available** |
| Cooling Type: | **Central A/C** |
| Garage Spaces: | **0** |
| Fireplaces: | **8** |
| Basement Type: | **Full** |

| | |
|---|---|
| Pool: | **In Ground** |

| | |
|---|---|
| Year Built: | **2008** |
| Above Grade Fin SQFT: | **9,432** |
| Building SQFT: | **9,432** |
| Total SQFT: | **9,432** |
| Price per SQFT: | **$0.00** |

### Listing and Selling Information

| | |
|---|---|
| MLS #: | **47-008-007-007** |
| Tax ID #: | **47-008-007-007** |

| | |
|---|---|
| Zoning: | **CM** |
| Land Use Code: | **1051** |

### Days on Market / Taxes

| | |
|---|---|
| Tax Annual Amount: | **$75,556** |
| Tax Assessed Value: | **$437,570** |

©2024 Bright MLS, Inc. All rights reserved. Information not guaranteed.

Researched and prepared by **Sean Ali**
BHHS Fox & Roach-Center City Walnut

Sean Ali
Cell: (215) 620-7069
Office Ph: (215) 627-6005
Ph: (215) 521-1570

Friday, November 15, 2024

## Summary of Comparable Properties

This page summarizes the comparable properties contained in this market analysis.

### Public Record Comparable Properties

| Address | List Price | Closed Price | Concss | Beds | Full Baths | Half Baths | List Abv Grd Fin SqFt | Pub Recd Bldg SqFt | $/SqFt | Closed Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 Woodland Rd | | | | 6 | 7 | 3 | 9,432 | 9,432 | $0.00 | |
| 368 Thompson Mill Rd | | $4,702,500 | | 6 | 6 | 2 | 7,985 | 7,985 | $588.00 | 02/05/2024 |
| 60 Street Rd | | $3,075,000 | | 6 | 5 | 1 | 7,331 | 7,331 | $419.00 | 07/17/2024 |
| **Averages:** | | $3,888,750 | | 6 | 6 | 2 | 7,658 | 7,658 | $503.50 | |

| | |
|---|---|
| Median of Comparable Listings: | $3,888,750 |
| Average of Comparable Listings: | $3,888,750 |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $3,075,000 | $3,888,750 | $3,888,750 | $4,702,500 | 2 |
| **Adjusted Comparable Price** | $3,075,000 | $3,888,750 | $3,888,750 | $4,702,500 | 2 |
| **DOM** | | | | | 0 |

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Sean Ali**
BHHS Fox & Roach-Center City Walnut

**Sean Ali**
Cell: (215) 620-7089
Office Ph: (215) 627-6005
Ph: (215) 521-1570

Friday, November 15, 2024

## Comparables Overview
This page summarizes key fields of the listings in this analysis.

**The listings in this analysis can be summarized as follows:**

Selling Price between $3,075,000 and $4,702,500

6 Bedrooms

5 to 6 Full Bathrooms

1 to 2 Half Bathrooms

7,331 to 7,985 Square Feet

$419.45 to $588.92 per Sold Square Foot

**Sean Ali**
Cell: (215) 625-7069
Office Ph: (215) 627-6005
Ph: (215) 521-1570

# Pricing Recommendation

Friday, November 15, 2024

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| Closed Price Statistics | | Closed Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $3,888,800 | Average Price/Sq Ft: | $504 |
| High Price: | $4,702,500 | High Price/Sq Ft: | $589 |
| Median Price: | $3,888,800 | Median Price/Sq Ft: | $504 |
| Low Price: | $3,075,000 | Low Price/Sq Ft: | $419 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

**Summary...**

**The best comparable property is 368 Thompson Mill Rd. It sold for $4.7 M IN February of this year. I would suggest pricing it at $4.5M to $4.7M.**

**Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

**Sean Ali**
Cell: (215) 620-7089
Office Ph: (215) 627-6005
Ph: (215) 521-1570

Friday, November 15, 2024

## CMA Map

This page displays the Map for the CMA Subject and your comparables.



   8 Woodland Rd

1   368 Thompson Mill Rd
2   60 Street Rd

©2024 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Sean Ali**
BHHS Fox & Roach-Center City Walnut

## List Price and Closed Price

This graph illustrates the list price, along with closed price in Closed listings.

Friday, November 15, 2024





**Sean Ali**
Cell: (215) 620-7069
Office Ph: (215) 627-6005
Ph: (215) 521-1570

# Results Statistics

*Prepared By: Sean Ali*                                                                                          Listings as of **11/15/24 at 7:52 pm**

## Farm
**Public Record Comparable Properties**

| MLS # | Address | City | Bds | Bths | Yr Blt | Acres | Abv Grd SF | $/SqFt | List Price | CL Price | Concess | CL Date | CLP%LP | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47-004-021-001 | 60 Street Rd | New Hope | 6 | 5 / 1 | 1980 | 12.55 | 7,331 | | | $3,075,000 | | 07/17/2024 | 0.00 | |
| 47-004-051-001 | 368 Thompson Mill Rd | Newtown | 6 | 6 / 2 | 1720 | 12.11 | 7,985 | | | $4,702,500 | | 02/05/2024 | 0.00 | |
| # LISTINGS: 0 | | Medians: | 6 | 6.5 | 1850 | 12.33 | 7,658 | | | $3,888,750 | | | 0.00 | |
| | | Minimums: | 6 | 6.0 | 1720 | 12.11 | 7,331 | | | $3,075,000 | | | 0.00 | |
| | | Maximums: | 6 | 7.0 | 1980 | 12.55 | 7,985 | | | $4,702,500 | | | 0.00 | |
| | | Averages: | 6 | 6.5 | 1850 | 12.33 | 7,658 | | | $3,888,750 | | | 0.00 | |

### Quick Statistics  ( 0 Listings Total )

| | Min | Max | Average | Median |
|---|---|---|---|---|
| List Price | | | | |
| Closed Price | $3,075,000 | $4,702,500 | $3,888,750 | $3,888,750 |
| DOM | | | | |

© BRIGHT - Information, although reliable, is not guaranteed and should be independently verified. Measurements may not be exact and should not be relied upon. School service boundaries are intended to be used as a reference only, to verify school information contact the school and/or school district directly.
Copyright 2024 Created: 11/15/2024  7:52 PM