# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| JIGNESH PANDYA and | : |
| MITAL PANDYA, | : |
| | : |
| Debtors. | : Case No. 24-10440 (AMC) |
| | : |
| | : **Hearing Date: 12/11/24** |
| | : **12:30 PM** |

## NOTICE FOR HEARING ON DEBTOR'S MOTION TO RECONSIDER ORDER GRANTING UNIVEST'S RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO FEBRUARY 9, 2024

To the Debtor, its Creditors, Equity Holders, and other parties in interest:

**A MOTION TO RECONSIDER AN ORDER GRANTING UNIVEST'S RELIEF ROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO FEBRURAY 9, 2024** (the "Motion") has been filed by SOUTHERN SHOALS, LLC on NOVEMBER 15, 2024 and Notice is hereby given that:

    1. A Hearing to consider the merits of the Debtor's Motion shall be held on **DECEMBER 11, 2024 at 12:30 p.m.** in the **United States Bankruptcy Court for the Eastern District of Pennsylvania via telephonic means or in person in Courtroom #4.**

    2. That **DECEMBER 2, 2024** is fixed as the last day for filing and serving, in accordance with Bankruptcy Rule 3017(a), written objections to the Motion.

    3. Objections to the Motion shall be filed with the Clerk of the United States Bankruptcy Court and served on the Debtor, the Office of the United States Trustee, and members of the Creditors Committee, along with any other entity or party who has requested the service of all Notices pursuant to Bankruptcy Rule 2002.

    4. Request for copies of the Motion shall be made directly to counsel for the Debtor-in-Possession at the address listed below:

        Maggie S. Soboleski, Esquire
        **Center City Law Offices, LLC.**
        2705 Bainbridge Street
        Philadelphia, PA  19146
        Phone: 215-620-2132
        Fax: 215-689-4303

5. The cost for obtaining copies of the Motion and the mailing to a designated address is $15. Payment of this sum to the order of Center City Law Offices, LLC. is required to be received prior to the delivery of the requested copies.

                         FOR THE MOVANT

                         CENTER CITY LAW OFFICES, LLC

                         By: */s/ Maggie S. Soboleski*
                         MAGGIE S. SOBOLESKI
                         PA Identification No. 88268
                         2705 Bainbridge Street

Dated: NOVEMBER 15, 2024         Philadelphia, PA 19146

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CORSAIR USA-NJ, LLC | : | |
| | : | |
| Debtor. | : | Case No. 21-11632 (AMC) |

_____

**CERTIFICATE OF SERVICE**

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the foregoing *Motion of the Debtor for an Order Pursuant to 11 U.S.C. §363(f) and Federal Rule of Bankruptcy Procedure 9014 to sell the Debtor's Sale Asset Located at 627 Old Elm Street, Norristown, PA to a potential buyer ("Buyer"), free and clear of liens, claims and encumbrances, for an Acceleration of the Hearing on Debtor's Application to Approve the Employment of David Teitelman as Realtor for the Debtor; and for an Expedited Hearing* was served by being filed through the Court's electronic filing system or e-mail upon the following:

George M. Conway, Esquire, Office of the United States Trustee
Brian T. Newman, Esquire, Counsel to Edwin Leon. (brian@rogerscounsel.com)
Tru Basement Waterproofing Corp. (waterproofingpd@gmail.com)
Andrew Teitelman Esquire, Proposed Special Counsel to the Debtor
*Other parties not on the Court's service list will be served via e-mail and include the following:*
Jason Konek, Managing Member, Debtor-in-Possession

                                        Respectfully submitted,

                                        */s/ Maggie S. Soboleski*

                                        Maggie S. Soboleski, Esquire
                                        Center City Law Offices, LLC

Counsel to the Debtor

Andrew Teitelman
Special Counsel to the Debtor