**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| JIGNESH PANDYA and | : | |
| MITAL PANDYA, | : | |
| | : | |
| Debtors. | : | Case No. 24-10440 (AMC) |
| | : | |
| | : | **Hearing Date: 12/11/24** |
| | : | **12:30 PM** |

_____

**PROPOSED ORDER ON MOTION OF SOUTHERN SHOALS, LLC MOTION TO RECONSIDER VACATING UNIVEST'S MOTION GRANTING RELIEF FROM AUTOMATIC STAY *NUNC PRO TUNC* TO FEBRUARY 9, 2024**

AND NOW, this _____ day of _____, 2024, upon consideration of *Southern Shoals, LLC's Motion for Reconsideration,* it is hereby ORDERED and DECREED that Southern Shoals, LLC's Motion is hereby GRANTED and the Order dated November 1, 2024 granting Univest's Motion relief from the automatic stay *nunc pro tunc* to February 9, 2024, is hereby VACATED.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JIGNESH PANDYA and MITAL PANDYA, | : : : : | Chapter 11 |
| Debtors. | : : : : | Case No. 24-10440 (AMC) **Hearing Date: 12/11/24** **12:30 PM** |

_____

## CERTIFICATE OF SERVICE

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the foregoing *Southern Shoals, LLC's Motion for Reconsideration* was served by being filed through the Court's electronic filing system and e-mail upon the following:

Kacie Cartwright, Esquire, Office of the United States Trustee
Amar A. Agrawal, Esquire, Eisenberg, Gold and Agrawal, P.C.
Albert Anthony Ciardi, III, Esquire, Ciardi, Ciardi and Astin

*Other parties not on the Court's service list will be served via regular U.S. mail or email*:

Jigmesh and Mital Pandya
8 Woodland Road
Newtown, PA 18940

        Respectfully submitted,

        */s/ Maggie S. Soboleski*

        Maggie S. Soboleski, Esquire
        Center City Law Offices, LLC
        Counsel to Southern Shoals

        */s/ Scott M. Rothman*
        Scott M. Rothman, Esquire
        Curley & Rothman, LLC
        State Court Counsel to Southern Shoals