IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                )
                                      )
JIGNESH PANDYA                        )   Case No.: 24-10440 (AMC)
MITAL PANDYA                          )
        **Debtor(s)**                 )
                                      )
                                      )   Chapter 11

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Univest Bank And Trust Co. hereby certifies as follows:

1. I am the attorney for Univest and am fully familiar with the facts of this case.

2. On November 27, 2024, I served by electronic means and/or by regular mail, a copy of the Response To Motion To Reconsider to the following individuals:

| | |
|---|---|
| Jignesh and Mital Pandya<br>8 Woodland Road<br>Newtown, PA 18940<br>(Debtors) | Albert Anthony Ciardi, III, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>(Attorney For Debtors) |
| Maggie S. Soboleski<br>1632 Ellsworth Street<br>Philadelphia, PA 19146<br>(Attorney For Southern Shoals, LLC) | Kacie Cartwright<br>Office Of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

Date: 11/27/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania