## BUCKS COUNTY RECORDER OF DEEDS
55 East Court Street
Doylestown, Pennsylvania  18901
(215) 348-6209

Instrument Number - 2024021764
Recorded On 6/3/2024 At 3:32:19 PM          * Total Pages - 5
* Instrument Type - DEED
Invoice Number - 1381496         User - KLJ
* Grantor - PANDYA, MITAL
* Grantee - SOUTHERN SHOALS
* Customer - SHERIFFS DEPARTMENT
* FEES
  RECORDING FEES          $81.75
  TOTAL PAID              $81.75

Bucks County UPI Certification
On June 3, 2024 By LMC

**This is a certification page**

**DO NOT DETACH**

This page is now part
of this legal document.

**RETURN DOCUMENT TO:**
SHERIFFS DEPARTMENT
ATTN: CLAIRE

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.

Daniel J. McPhillips
Recorder of Deeds

* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.



Prepared By    SHERIFF

RECEIVED

2024 JUN -3 P 6: 18

BUCKS COUNTY
RECORDER OF DEEDS

Return To    SCOTT ROTHMAN

CPN # 47-008-007-007

# Deed Poll

## Sheriff of Bucks County, Pa.
### TO
### SOUTHERN SHOALS

Sold    APRIL 12, 2024

Dated    JUNE 3, 2024

For    8 WOODLAND ROAD
NEWTOWN, PA  18940
(UPPER MAKEFIELD TOWNSHIP)

Sold as the Property of    MITAL PANDYA AND JIGNESH PANDYA AKA JIGNESH N PANDYA

At the Suit of  SOUTHERN SHOALS LLC

For the Sum of $1,813.00

𝕶𝖓𝖔𝖜 𝖆𝖑𝖑 𝕸𝖊𝖓 𝖇𝖞 𝖙𝖍𝖊𝖘𝖊 𝖕𝖗𝖊𝖘𝖊𝖓𝖙𝖘, THAT I, FREDERICK A. HARRAN, Sheriff of the County of Bucks, in the State of Pennsylvania, for the consideration of the sum of **$1,813.00 (ONE THOUSAND EIGHT HUNDRED THIRTEEN AND NO/100 DOLLARS)**, to me in hand paid, do hereby

grant and convey to

SOUTHERN SHOALS

## NO. 2023-02569

BEGINNING at a point on the Southwesterly side of Woodland Road (50 feet wide, a private road), a corner of Lot 8 on said plan; thence extending from said beginning point and along the said Southwesterly side of Woodland Road, South 27 degrees 49 minutes 21 seconds East, 266.25 feet to a point, at the beginning of the cul-de-sac of Woodland Road; thence extending along the cul-de-sac of Woodland Road, the two (2) following courses and distances: (1) on the arc of a circle curving to the right having a radius of 30 feet, the arc distance of 29.67 feet to a point of reverse curve; and
(2) on the arc of a circle curving to the left having a radius of 62 feet, the arc distance of 80.58 feet to a point, a corner of Lot 6 on said Plan; thence extending along line of Lot 6, the two (2) following courses and distances, viz.: (1) South 41 degrees West 138.00 feet to a point; and (2) South 30 degrees 16 minutes 07 seconds East, 384.81 feet to a point; thence extending along lands now or late of John and Bertha Malcick, North 76 degrees 50 minutes 51 seconds West, 1,248.95 feet to a point; thence extending along line of Lot 8 on said plan, the two (2) following courses and distances, viz.:
(1) North 63 degrees 34 minutes 27.4 seconds East, 913.29 feet to a point; and (2) North 62 degrees 10 minutes 39 seconds East, 175 feet to the first mentioned point and place of...beginning.

BEING Lot 7 on said Plan.

CONTAINING 10 ACRES OF LAND, MORE OR LESS.

BEING THE SAME PREMISES WHICH Edward N. Stevenson,, by Deed dated 10/28/2005 and recorded 11/30/2005 in Bucks County, Pennsylvania in Land Record Book 4732, Page 1175, granted and conveyed unto John C. Melching, Jr. and Mary S. Melching, in fee.

BEING the same premises conveyed to Mital Pandya and Jignesh N. Pandya, by Deed executed by John C. Melching, Jr. and Mary S. Melching on December 28, 2011 and recorded on January 10, 2012 as Instrument No. 2012002240.

UPI No. **47-008-007-007**

Address: **8 WOODLAND ROAD, NEWTOWN, PA 18940**

the same having been sold by me to the said grantee, on the 12TH day of APRIL
Anno Domini two thousand TWENTY-FOUR
after due advertisement according to law, under and by virtue of a
Writ of EXECUTION
issued on the 16TH day of AUGUST Anno Domini two thousand TWENTY-THREE
out of the Court of Common Pleas of the said Court of Bucks County
as of Term, two thousand

Number   2023-02569

at the suit of   SOUTHERN SHOALS LLC

Against   MITAL PANDYA AND JIGNESH PANDYA AKA JIGNESH N PANDYA

IN WITNESS WHEREOF; I have hereunto affixed my signature, this

3RD day of JUNE Anno Domini   two thousand TWENTY-FOUR

Sealed and delivered in the presence of us:

_____Claire Simon_____          _____[signature]_____ Sheriff
Commonwealth of Pennsylvania, ss.          Frederick A. Harran

Before the undersigned Deputy Prothonotary of the Court of Common Pleas of Bucks County,
personally appeared Frederick A. Harran, Sheriff of Bucks County, aforesaid, and in due
form of law declared that the facts set forth in the foregoing deed are true, and that he
acknowledged the same in order that said deed might be recorded.
Witness my hand and seal of said court, this 3RD day of JUNE Anno Domini
two thousand TWENTY-FOUR

......Marie L. DiSalvo...... Deputy Prothonotary
Marie L. Di Salvo

I hereby certify that the precise residence of the grantee within named is:

1457 Medinah Lane
Murrells LN, SC  29576

......[signature]...... Sheriff
Frederick A. Harran

# REV-183

**pennsylvania** DEPARTMENT OF REVENUE (EX) MOD 06-19 (FI)

BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

1830019105

## REALTY TRANSFER TAX STATEMENT OF VALUE
COMPLETE EACH SECTION

**RECORDER'S USE ONLY**
State Tax Paid:
Book:    Page:
Instrument Number:
Date Recorded:

### SECTION I — TRANSFER DATA

Date of Acceptance of Document:

| Grantor(s)/Lessor(s): Bucks County Sheriff | Telephone Number: | Grantee(s)/Lessee(s): Southern Shoals | Telephone Number: |
|---|---|---|---|
| Mailing Address: 100 N Main Street | | Mailing Address: 1457 Medinah Lane | |
| City: Doylestown | State: PA  ZIP: 18901 | City: Murrells LN | State: SC  ZIP: 29576 |

### SECTION II — REAL ESTATE LOCATION

| Street Address: 8 Woodland Road | City, Township, Borough: Upper Makefield Township |
|---|---|
| County: Bucks | School District: Council Rock | Tax Parcel Number: 47-008-007-007 |

### SECTION III — VALUATION DATA

Was transaction part of an assignment or relocation? ○ YES  ○ NO

| 1. Actual Cash Consideration: ~~1.00~~ 1813.00 | 2. Other Consideration: + 0.00 | 3. Total Consideration: = ~~1.00~~ 1813.00 |
|---|---|---|
| 4. County Assessed Value: 437,570.00 | 5. Common Level Ratio Factor: x 14.93 | 6. Computed Value: = 6,532,920.10 |

### SECTION IV — EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed: $ 6,532,920.10 | 1b. Percentage of Grantor's Interest in Real Estate: 100 % | 1c. Percentage of Grantor's Interest Conveyed: 100 % |

2. Fill in the Appropriate Oval Below for Exemption Claimed.

- ○ Will or intestate succession. ____ (Name of Decedent) ____ (Estate File Number)
- ○ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)
- ○ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)
- ○ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)
- ○ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)
- ○ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)
- ○ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)
- ○ Statutory corporate consolidation, merger or division. (Attach copy of articles.)
- ● Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

  Foreclosure Deed

### SECTION V — CORRESPONDENT INFORMATION - All inquiries may be directed to the following person:

| Name: Scott Rothman | Telephone Number: 610-772-1031 |
| Mailing Address: 1100 E. Hector St. #425 | City: Conshohocken | State: PA | ZIP Code: 19428 |

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

Signature of Correspondent or Responsible Party:     Date: 5/20/24

FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.

1830019105    1830019105

PAGE 1