**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 24-10440-amc |
| Jignesh Pandya and Mital Pandya, | Chapter 11 |
| Debtor(s). | |

### **ORDER**

**AND NOW**, upon consideration of the Motion to Reconsider the Order granting motion for relief filed by Southern Shoals, LLC, and after notice and hearing, it is hereby **ORDERED** that:

The Motion is **DENIED** for reasons stated on the record.

Date:  Feb. 18, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge