United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 24-10440-amc |
|---|---|
| Jignesh Pandya | Chapter 11 |
| Mital Pandya | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |
| cr | + | American Bank, 4029 W. Tilghman Street, Allentown, PA 18104-4454 |
| cr | + | CAPOZZI ADLER, P.C., 2933 N FRONT ST, HARRISBURG, PA 17110-1250 |
| cr | + | Gwen Giles Triantos 2012 Trust, c/o Brian T. Newman, Rogers Counsel, 26 East Athens Avenue, Ardmore, PA 19003 US 19003-2140 |
| cr | + | Meridian Bank, 9 Old Lincoln Hwy, Malvern, PA 19355-2551 |
| NONE | | Southern Shoals, LLC, c/o Curley and Rothman,LLC, 11 E. Hector Street, Suite 524, Conshohocken, PA 19428 |
| cr | + | Univest Bank & Trust Co., 16 Harbor Place, PO Box 197, Souderton, PA 18964-0197 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 19 2025 03:40:19 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2025                                Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| AMAR A AGRAWAL | on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Mital Pandya aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRIAN T. NEWMAN | on behalf of Creditor Gwen Giles Triantos 2012 Trust brian@rogerscastor.com |
| CHARLES R GIBBS | on behalf of Creditor Pizza Hut  LLC crgibbs@mwe.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Jignesh Pandya dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Mital Pandya dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| ELIZABETH L. JANCZAK | on behalf of Creditor US Foods  Inc. ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| George M Conway, III | on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com |
| JENNIFER L. MALESKI | on behalf of Creditor Munsch Hardt Kopf & Harr  P.C. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| KACIE CARTWRIGHT | on behalf of U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov |
| KEVIN M. LIPPMAN | on behalf of Creditor Munsch Hardt Kopf & Harr  P.C. klippman@munsch.com |
| KEVIN T. FOGERTY | on behalf of Creditor American Bank kfogerty@fogertylaw.com |
| MAGGIE S SOBOLESKI | on behalf of Southern Shoals  LLC msoboles@yahoo.com, 3532@notices.nextchapterbk.com |
| MARIS J. KANDESTIN | on behalf of Creditor Pizza Hut  LLC mkandestin@mwe.com, dnorthrop@mwe.com |
| MICHAEL D. WOMBACHER | on behalf of Creditor Pizza Hut  LLC mwombacher@mwe.com |
| NICHOLAS M. ENGEL | on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com |
| ROBERT E. CHERNICOFF | on behalf of Creditor CAPOZZI ADLER  P.C. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com |
| SCOTT M. KLEIN | on behalf of Creditor Meridian Bank sklein@fekmlaw.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com |
| SHELLY A. DEROUSSE | on behalf of Creditor US Foods  Inc. sderousse@sgrlaw.com |
| TURNER N. FALK | on behalf of Creditor US Foods  Inc. turner.falk@saul.com, tnfalk@recap.email;catherine.santangelo@saul.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 10 |

on behalf of Creditor Univest Bank & Trust Co. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 25

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 24-10440-amc |
|---|---|
| Jignesh Pandya and Mital Pandya, | Chapter 11 |
| Debtor(s). | |

## ORDER

**AND NOW**, upon consideration of the Motion to Reconsider the Order granting motion for relief filed by Southern Shoals, LLC, and after notice and hearing, it is hereby **ORDERED** that:

The Motion is **DENIED** for reasons stated on the record.

Date:  Feb. 18, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge