**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| JIGNESH PANDYA and | : | |
| MITAL PANDYA, | : | |
| | : | |
| Debtors. | : | Case No. 24-10440 (AMC) |
| | : | |
| | : | **Hearing Date:  04/30/2025** |
| | : | **12:30 PM** |

**NOTICE FOR HEARING ON CREDITOR'S MOTION TO EXTEND TIME TO FILE AN APPEAL TO DISTRICT COURT**

To the Debtor, its Creditors, Equity Holders, and other parties in interest:

**A MOTION TO EXTEND TIME TO FILE AN APPEAL TO DISTRICT COUT**  (the "Motion") has been filed by SOUTHERN SHOALS, LLC on MARCH 20, 2025 and Notice is hereby given that:

    1. A Hearing to consider the merits of the Debtor's Motion shall be held on **APRIL 30, 2025 at 12:30 p.m.** in the **United States Bankruptcy Court for the Eastern District of Pennsylvania via telephonic means or in person in Courtroom #1.**

    2. That **APRIL 4, 2025** is fixed as the last day for filing and serving, in accordance with Bankruptcy Rule 3017(a), written objections to the Motion.

    3. Objections to the Motion shall be filed with the Clerk of the United States Bankruptcy Court and served on the Debtor, the Office of the United States Trustee, and members of the Creditors Committee, along with any other entity or party who has requested the service of all Notices pursuant to Bankruptcy Rule 2002.

    4. Request for copies of the Motion shall be made directly to counsel for the Debtor-in-Possession at the address listed below:

        Maggie S. Soboleski, Esquire
        **Center City Law Offices, LLC.**
        1632 ELLSWORTH STREET
        Philadelphia, PA  19146
        Phone: 215-620-2132
        Fax: 215-689-4303

      5. The cost for obtaining copies of the Motion and the mailing to a designated address is $15. Payment of this sum to the order of Center City Law Offices, LLC. is required to be received prior to the delivery of the requested copies.

                              FOR THE MOVANT

                              CENTER CITY LAW OFFICES, LLC

                              By: */s/ Maggie S. Soboleski*
                              MAGGIE S. SOBOLESKI
                              PA Identification No. 88268
                              1632 ELLSWORTH Street
Dated: MARCH 20, 2025             Philadelphia, PA 19146