# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| JIGNESH PANDYA and | : | |
| MITAL PANDYA, | : | |
| | : | |
| Debtors. | : | Case No. 24-10440 (AMC) |
| | : | |
| | : | **Hearing Date:  04/30/2025** |
| | : | **12:30 PM** |

## PROPOSED ORDER ON MOTION OF SOUTHERN SHOALS, LLC MOTION FOR EXTENSION OF TIME TO FILE APPEAL

AND NOW, this _____ day of _____, 2025, upon consideration of *Southern Shoals, LLC's Motion for an Extension of Time to File an Appeal,* it is hereby ORDERED and DECREED that Southern Shoals, LLC's  Motion is hereby GRANTED and Southern Shoals, LLC is granted permission to file an appeal as of the date of this Order.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE, CHIEF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIGNESH PANDYA and <br> MITAL PANDYA, | : <br> : <br> : <br> : | Chapter 11 |
| Debtors. | : <br> : <br> : <br> : | Case No. 24-10440 (AMC) <br><br> **Hearing Date:  04/30/2025** <br> **12:30 PM** |

_____

**CERTIFICATE OF SERVICE**

    I, Maggie S. Soboleski, Esquire hereby certify that a copy of the foregoing *Southern Shoals, LLC's Motion for Extension of Tie to File an Appeal* was served by being filed through the Court's electronic filing system and e-mail upon the following:

John Schanne, Esq. Office of the United States Trustee
Amar A. Agrawal, Esquire, Eisenberg, Gold and Agrawal, P.C.
Albert Anthony Ciardi, III, Esquire, Ciardi, Ciardi and Astin

*Other parties not on the Court's service list will be served via regular U.S. mail or email*:

Jignesh and Mital Pandya
8 Woodland Road
Newtown, PA 18940

                              Respectfully submitted,

                              */s/ Maggie S. Soboleski*

                              Maggie S. Soboleski, Esquire
                              Center City Law Offices, LLC
                              Counsel to Southern Shoals