IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                             )
                                                   )
JIGNESH PANDYA                                     ) Case No.: 24-10440 (AMC)
MITAL PANDYA                                       )
**Debtor(s)**                                      )
                                                   ) Chapter 11

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Univest Bank And Trust Co. hereby certifies as follows:

1. I am the attorney for Univest and am fully familiar with the facts of this case.

2. On April 2, 2025, I served by electronic means and/or by regular mail, a copy of the Response To Motion To Extend Time To File Notice Of Appeal to the following individuals:

| | |
|---|---|
| Jignesh and Mital Pandya | Albert Anthony Ciardi, III, Esq. |
| 8 Woodland Road | Ciardi Ciardi & Astin |
| Newtown, PA 18940 | 1905 Spruce Street |
| (Debtors) | Philadelphia, PA 19103 |
| | (Attorney For Debtors) |
| | |
| Maggie S. Soboleski | Kacie Cartwright |
| 1632 Ellsworth Street | Office Of United States Trustee |
| Philadelphia, PA 19146 | Robert N.C. Nix Federal Building |
| (Attorney For Southern Shoals, LLC) | 900 Market Street |
| | Suite 320 |
| | Philadelphia, PA 19107 |

Date: 4/2/25

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania