**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Jignesh Pandya and Mital Pandya,<br><br>Debtor(s). | Case No. 24-10440-amc<br><br>Chapter 11 |

### ORDER

**AND NOW**, upon consideration of the Motion to Extend Time to File Appeal filed by Southern Shoals, LLC, and after notice and hearing, it is hereby **ORDERED** that:

The Motion is **DENIED** for reasons stated on the record.

Date: May 2, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge